JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ ZENDEJAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FOUR GREEN GUYS D/B/A THE SYNDICATE NORTHRIDGE; GURBIR SINGH BEDI; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:23-cv-10851 RGK (MAAx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION<br><br>[17] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until April 5, 2024.

SO ORDERED.

DATED: 3/6/2024

　　　　　　　　　　　　　　　　*/s/ Gary Klausner*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE